**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO. 23-57-DLB-CJS**
**CIVIL CASE NO. 25-77-DLB-CJS**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**


**v.**           **ORDER ADOPTING REPORT AND RECOMMENDATION**


**ROMEIN TAYLOR-JONES**                                                **DEFENDANT**


* *   * *   * *   * *   * *   * *   * *   * *

This matter is before the Court on Defendant Romein Taylor-Jones's *pro se* Motion to Withdraw his pending 28 U.S.C. § 2255 Motion (Docs. # 57 and 59).  (Doc. # 64).  The matter was referred to Magistrate Judge Candace J. Smith for the purpose of reviewing the Motion and preparing a Report and Recommendation.  After reviewing the § 2255 Motion (Docs. # 57 and 59) and the Motion to Withdraw (Doc. # 64), Judge Smith issued a Report and Recommendation on November 26, 2025, recommending the Court grant Taylor-Jones's Motion to Withdraw.  (Doc. # 65 at 2).  No objections to the Report and Recommendation have been filed and the time to do so has expired.  Therefore, the Report and Recommendation is now ripe for review.

Having reviewed the Magistrate Judge's Report and Recommendation, the Court concurs with the recommended disposition.  Thus, the Report and Recommendation will be **adopted** as the Opinion of the Court**,** Defendant's Motion to Withdraw (Doc. # 64) is **granted,** and his Motion to Vacate under § 2255 (Docs. # 57 and 59) is **denied**.

1

Accordingly,

**IT IS ORDERED AND ADJUDGED** as follows:

(1)    The Report and Recommendation of Magistrate Judge Candace J. Smith (Doc. # 65) be, and is hereby, **ADOPTED as the Opinion of the Court**;

(2)    Defendant Taylor-Jones's Motion to Withdraw (Doc. # 64) is **GRANTED**;

(3)    Defendant Taylor-Jones's Motion to Vacate, Set Aside, or Correct Sentence under 18 U.S.C. § 2255 (Docs. # 57 & 59) is **DENIED WITHOUT PREJUDICE AS WITHDRAWN**; and

(4)    Defendant Taylor-Jones's related civil proceeding (2:25-cv-77-DLB-CJS) be **CLOSED** and **STRICKEN** from the active docket of this Court.

This 28th day of May, 2026.

Signed By:

David L. Bunning

Chief United States District Judge